UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GENPAK, LLC,

                Plaintiff,

        v.

DARNEL PACKAGING INC.,

                Defendant.

Civil Action No. 10-CV-458-LEK-DEP

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, any and all claims and counterclaims asserted herein are hereby discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

/s/ **Matthew D. Thayne**
Marc T. Rasich
Matthew D. Thayne
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111-4904
Telephone: (801) 328-3131
Fax: (801) 578-6999

Scott A. Barbour (101080)
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway, P.O. Box 459
Albany, NY 12201-0459

/s/ **Brian J. Robinson**
Charles A. Weiss (516322)
Brian J. Robinson (516351)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Telephone:  (212) 425-7200
Fax: (212) 425-5288

*Attorneys for Defendant*
*Darnel Packaging Inc.*

Telephone:  (518) 447-3200
Fax:  (518) 426-4260

*Attorneys for Plaintiff*
  *Genpak, LLC*

SO ORDERED,

_____

**David E. Peebles**
**U.S. Magistrate Judge**
Dated:  _____

Syracuse, New York

- 2 -